# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TARA WINDING,<br><br>    Plaintiff,<br><br>v.<br><br>MEMPHIS POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:24-cv-02643-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' complaint (ECF No. 1), filed September 11, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Dismissing Second Amended Complaint (ECF No. 116), filed August 26, 2025, all of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 26, 2025
Date